**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: James L. Maseth                                                   CHAPTER 13
        Michelle E. Maseth

                                               BKY. NO. 20-20230 CMB

                Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/James C. Warmbrodt, Esquire**
                                        James C. Warmbrodt, Esquire
                                        Attorney I.D. No. 42524
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        412-430-3594
                                        jwarmbrodt@kmllawgroup.com