# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-20230-CMB |
| | : | |
| James L Maseth and | : | CHAPTER 13 |
| Michelle E Maseth, | : | |
| Debtors. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**November 22, 2019 – Husband**

**November 29, 2019**

**December 6, 2019**

**December 13, 2019**

**December 20, 2019**

**December 27, 2019**

**January 10, 2020**

**January 17, 2020**

**November 30, 2019 – Wife**

**December 15, 2019**

**December 20, 2019**

**January 15, 2020**

**Next Payment Advice Expected (post-filing):**

**January 24, 2020 – Husband**

**January 31, 2020 – Wife**

C.B.    MASETH, JAMES L AND MICHELLE E

Precision Human Resource Solutions, Inc. Authrite Area School District (000140) Voucher #: 126676 Sort Order: 208

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| James Maseth - (E21365) | 11-22-2019 | -6939 | 11-11-2019 | 11-17-2019 | 0000214884 |

Federal Tax-Status M Allowances 4                     State Tax - Status NONE  Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 11-12-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 11-13-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 11-14-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 11-15-2019 | Daily | 95.0000 | 1.00 | 95.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICARE | 5.51 | 5.51 |
| SOC SECURITY | 23.56 | 23.56 |
| PA INCOME TAX | 11.67 | 11.67 |
| PA SUI | 0.23 | 0.23 |
| BADEN,PA CIWT | 1.90 | 1.90 |
| BADEN,PA O/P TA | 1.00 | 1.00 |

Totals:   4.00   380.00

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 39421 | 336.13 |

**Net Pay**: $336.13
**Net Pay YTD**: $336.13

Totals: 336.13                Totals: 43.87   43.87

| Y-T-D EARNINGS Description | Amount | PAID TIME OFF Description | Balance | EMPLOYER CONTRIBUTIONS Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|
| Daily | 380.00 | | | | | |

Totals: $380.00                           Totals: 0.00   0.00

Build: RRT-3172                    Query: HRP_CHECKS.MVQ Version: Standard 19.10.193

Precision Human Resource Solutions, Inc.                                0000214884
Headway Payroll Solutions, LLC.                                         11-22-2019
3100 Smoketree Ct Ste 900
Raleigh, NC 27604

AMOUNT

Pay: Non-negotiable                                           ** VOID **

To The Order Of:   James Maseth
                   512 silver hollow dr
                   Baden, PA 15005

Non-Negotiable

Precision Human Resource Solutions, Inc. - Knowledge Apple District (000140)  Voucher #: 127872  Sort Order: 235

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| James Maseth - (E21365) | 11-29-2019 | ████6939 | 11-18-2019 | 11-24-2019 | 0000216315 |

Federal Tax-Status M  Allowances 4                                State Tax - Status NONE  Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 11-18-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 11-19-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 11-20-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 11-21-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 11-22-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| Totals: | | | 5.00 | 475.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICARE | 6.89 | 12.40 |
| SOC SECURITY | 29.45 | 53.01 |
| PA INCOME TAX | 14.58 | 26.25 |
| PA SUI | 0.29 | 0.52 |
| BADEN, PA CIWT | 2.38 | 4.28 |
| BADEN, PA O/P TA | 1.00 | 2.00 |
| Totals: | 54.59 | 98.46 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 39421 | 420.41 |
| Totals: | | 420.41 |

**Net Pay:** $420.41
**Net Pay YTD:** $756.54

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Daily | 855.00 |
| Totals: | $855.00 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | 0.00 | 0.00 |

Build: RRT-3172                                           Query: HRP_CHECKS.MVQ Version: Standard 19.10.193

---

Precision Human Resource Solutions, Inc.                         0000216315
Headway Payroll Solutions, LLC.                                  11-29-2019
3100 Smoketree Ct Ste 900
Raleigh, NC 27604

AMOUNT: ** VOID **

Pay: Non-negotiable

To The Order of:  James Maseth
512 silver hollow dr
Baden, PA 15005

Non-Negotiable

Precision Human Resource Solutions, Inc. Ambridge Area School District (000140)    Voucher #: 128181 Sort Order: 1

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| James Maseth - (E21365) | 11-29-2019 | ████6939 | 11-04-2019 | 11-10-2019 | 0000216473 |

Federal Tax-Status M Allowances 4                    State Tax - Status NONE  Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 11-08-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| | Totals: | | 1.00 | 95.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICARE | 1.38 | 13.78 |
| SOC SECURITY | 5.89 | 58.90 |
| PA INCOME TAX | 2.92 | 29.17 |
| PA SUI | 0.06 | 0.58 |
| BADEN,PA CIWT | 0.48 | 4.76 |
| BADEN,PA O/P TA | 1.00 | 3.00 |
| Totals: | 11.73 | 110.19 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 39421 | 83.27 |
| Totals: | | 83.27 |

**Net Pay**  $83.27

**Net Pay YTD**  $839.81

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Daily | 950.00 |
| Totals: | $950.00 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | 0.00 | 0.00 |

Build: RRT-3172                    Query: HRP_CHECKS.MVQ Version: Standard 19.10.193

---

Precision Human Resource Solutions, Inc.                    0000216473

Headway Payroll Solutions, LLC.                    11-29-2019
3100 Smoketree Ct Ste 900
Raleigh, NC 27604

AMOUNT

Pay: Non-negotiable                    ** VOID **

To The Order Of:    James Maseth
512 silver hollow dr
Baden, PA 15005

Non-Negotiable

Precision Human Resource Solutions, Inc. - Ambridge Area School District (000140)   voucher #: 128569 Sort Order: 182

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| James Maseth - (E21365) | 12-06-2019 | ████-██-6939 | 11-25-2019 | 12-01-2019 | 0000219035 |

Federal Tax-Status M Allowances 4      State Tax - Status NONE   Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 11-26-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 11-27-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| Totals: | | | 2.00 | 190.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICARE | 2.75 | 16.53 |
| SOC SECURITY | 11.78 | 70.68 |
| PA INCOME TAX | 5.83 | 35.00 |
| PA SUI | 0.11 | 0.69 |
| BADEN,PA CIWT | 0.95 | 5.71 |
| BADEN,PA O/P TA | 1.00 | 4.00 |
| Totals: | 22.42 | 132.61 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 39421 | 167.58 |
| Totals: | | 167.58 |

**Net Pay:** $167.58
**Net Pay YTD:** $1,007.39

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Daily | 1140.00 |
| Totals: | $1,140.00 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | 0.00 | 0.00 |

Build: RRT-3172      Query: HRP_CHECKS.MVQ Version: Standard 19.10.193

---

Precision Human Resource Solutions, Inc.     0000219035
Headway Payroll Solutions, LLC.     12-06-2019
3100 Smoketree Ct Ste 900
Raleigh, NC 27604

AMOUNT: ** VOID **

Pay: Non-negotiable

To The Order Of:
James Maseth
512 silver hollow dr
Baden, PA 15005

*Non-Negotiable*

Precision Human Resource Solutions, Inc. Pittsburgh Area School District (000140)     Voucher #: 129323 Sort Order: 233

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| James Maseth - (E21365) | 12-13-2019 | ███-██-6939 | 12-02-2019 | 12-08-2019 | 0000220858 |

Federal Tax-Status M Allowances 4                      State Tax - Status NONE  Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 12-03-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 12-04-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 12-05-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 12-06-2019 | Daily | 95.0000 | 1.00 | 95.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICARE | 5.51 | 22.04 |
| SOC SECURITY | 23.56 | 94.24 |
| PA INCOME TAX | 11.67 | 46.67 |
| PA SUI | 0.23 | 0.92 |
| BADEN,PA CIWT | 1.90 | 7.61 |
| BADEN,PA O/P TA | 1.00 | 5.00 |

Totals:  4.00  380.00

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 39421 | 336.13 |

Totals: 336.13

**Net Pay:** $336.13
**Net Pay YTD:** $1,343.52

Totals: 43.87  176.48

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Daily | 1520.00 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Totals: $1,520.00                                                                     Totals: 0.00   0.00

Build: RRT-3172                                                     Query: HRP_CHECKS.MVQ Version: Standard 19.10.193

---

Precision Human Resource Solutions, Inc.                                0000220858

Headway Payroll Solutions, LLC.                                         12-13-2019
3100 Smoketree Ct Ste 900
Raleigh, NC 27604

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order of:  James Maseth
                  512 silver hollow dr
                  Baden, PA 15005

*Non-Negotiable*

Precision Human Resource Solutions, Inc. — Beaver Bridge Area School District (000140)   Voucher #: 130158 Sort Order: 239

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| James Maseth - (E21365) | 12-20-2019 | ████-██-6939 | 12-09-2019 | 12-15-2019 | 0000223312 |

Federal Tax-Status M  Allowances 4                              State Tax - Status NONE  Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 12-09-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 12-10-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 12-11-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 12-12-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 12-13-2019 | Daily | 95.0000 | 0.50 | 47.50 |
| Totals: | | | 4.50 | 427.50 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICARE | 6.20 | 28.24 |
| SOC SECURITY | 26.51 | 120.75 |
| PA INCOME TAX | 13.12 | 59.79 |
| PA SUI | 0.26 | 1.18 |
| BADEN,PA CIWT | 2.14 | 9.75 |
| BADEN,PA O/P TA | 1.00 | 6.00 |
| Totals: | 49.23 | 225.71 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 39421 | 378.27 |
| Totals: | | 378.27 |

**Net Pay:** $378.27
**Net Pay YTD:** $1,721.79

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Daily | 1947.50 |
| Totals: | $1,947.50 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | 0.00 | 0.00 |

Build: RRT-3172                                   Query: HRP_CHECKS.MVQ Version: Standard 19.10.193

---

Precision Human Resource Solutions, Inc.                                              0000223312

Headway Payroll Solutions, LLC.                                                       12-20-2019
3100 Smoketree Ct Ste 900
Raleigh, NC 27604

                                                                              AMOUNT
                                                                          ** VOID **

Pay: Non-negotiable

To The        James Maseth
Order Of:     512 silver hollow dr
              Baden, PA 15005

Non-Negotiable

Precision Human Resource Solutions, Inc. — Headquarters Apprentice District (000140)   Voucher #: 130927  Sort Order: 221

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| James Maseth - (E21365) | 12-27-2019 | ███-██-6939 | 12-16-2019 | 12-22-2019 | 0000225328 |

Federal Tax-Status M Allowances 4                                    State Tax - Status NONE   Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 12-16-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 12-17-2019 | Daily | 95.0000 | 0.50 | 47.50 |
| 12-18-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 12-19-2019 | Daily | 95.0000 | 1.00 | 95.00 |
| 12-20-2019 | Daily | 95.0000 | 1.00 | 95.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICARE | 6.20 | 34.44 |
| SOC SECURITY | 26.50 | 147.25 |
| PA INCOME TAX | 13.12 | 72.91 |
| PA SUI | 0.26 | 1.44 |
| BADEN,PA CIWT | 2.14 | 11.89 |
| BADEN,PA O/P TA | 1.00 | 7.00 |

Totals:    4.50   427.50

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 39421 | 378.28 |

**Net Pay** $378.28
**Net Pay YTD** $2,100.07

Totals: 378.28            Totals: 49.22  274.93

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| Daily | 2375.00 | | | | | |

Totals: $2,375.00              Totals:  0.00   0.00

Build: RRT-3172                                                           Query: HRP_CHECKS.MVQ Version: Standard 19.10.193

---

Precision Human Resource Solutions, Inc.                                                0000225328

Headway Payroll Solutions, LLC.                                                         12-27-2019
3100 Smoketree Ct Ste 900
Raleigh, NC 27604

                                                                              AMOUNT
                                                                          ** VOID **

Pay: Non-negotiable

To The       James Maseth
 Order       512 silver hollow dr
  Of:        Baden, PA 15005

*Non-Negotiable* (watermark)

Precision Human Resource Solutions, Inc. — Ambridge Area School District (000140)    Voucher #: 131278  Sort Order: 108

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| James Maseth - (E21365) | 01-10-2020 | ####6939 | 12-30-2019 | 01-05-2020 | 0000228485 |

Federal Tax-Status M Allowances 4                                State Tax - Status NONE  Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 01-02-2020 | Daily | 95.0000 | 1.00 | 95.00 |
| 01-03-2020 | Daily | 95.0000 | 1.00 | 95.00 |
| **Totals:** | | | **2.00** | **190.00** |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICARE | 2.76 | 2.76 |
| SOC SECURITY | 11.78 | 11.78 |
| PA INCOME TAX | 5.83 | 5.83 |
| PA SUI | 0.11 | 0.11 |
| BADEN, PA CIWT | 0.95 | 0.95 |
| BADEN, PA O/P TA | 1.00 | 1.00 |
| **Totals:** | **22.43** | **22.43** |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 39421 | 167.57 |
| **Totals:** | | **167.57** |

**Net Pay:** $167.57
**Net Pay YTD:** $167.57

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| **Totals:** | 0.00 | 0.00 |

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| Daily | 190.00 |
| **Totals:** | **$190.00** |

Build: RRT-3172                                           Query: HRP_CHECKS.MVQ  Version: Standard 19.10.193

---

Precision Human Resource Solutions, Inc.                                                       0000228485

Headway Payroll Solutions, LLC.                                                                01-10-2020
3100 Smoketree Ct Ste 900
Raleigh, NC 27604

AMOUNT    ** VOID **

Pay: Non-negotiable

Non-Negotiable

To The Order Of:    James Maseth
                    512 silver hollow dr
                    Baden, PA 15005

Precision Human Resource Solutions, Inc. Ambridge Area School District (000140)  Voucher #: 132267 Sort Order: 220

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| James Maseth - (E21365) | 01-17-2020 | ****-**-6939 | 01-06-2020 | 01-12-2020 | 0000229918 |

Federal Tax-Status M Allowances 4                       State Tax - Status NONE    Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 01-06-2020 | Daily | 95.0000 | 1.00 | 95.00 |
| 01-07-2020 | Daily | 95.0000 | 1.00 | 95.00 |
| 01-08-2020 | Daily | 95.0000 | 1.00 | 95.00 |
| 01-09-2020 | Daily | 95.0000 | 1.00 | 95.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICARE | 5.51 | 8.27 |
| SOC SECURITY | 23.56 | 35.34 |
| PA INCOME TAX | 11.67 | 17.50 |
| PA SUI | 0.23 | 0.34 |
| BADEN,PA CIWT | 1.90 | 2.85 |
| BADEN,PA O/P TA | 1.00 | 2.00 |

Totals:    4.00    380.00

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 39421 | 336.13 |

**Net Pay**  $336.13

**Net Pay YTD**  $503.70

Totals:    336.13                   Totals:    43.87    66.30

### Y-T-D EARNINGS
| Description | Amount |
|---|---|
| Daily | 570.00 |

### PAID TIME OFF
| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS
| Description | Amount | Y-T-D |
|---|---|---|

Totals:    $570.00                    Totals:    0.00    0.00

Build: RRT-3172                                 Query: HRP_CHECKS.MVQ Version: Standard 19.10.193

---

Precision Human Resource Solutions, Inc.                                 0000229918

Headway Payroll Solutions, LLC.                                          01-17-2020
3100 Smoketree Ct Ste 900
Raleigh, NC 27604

AMOUNT

** VOID **

Pay: Non-negotiable

Non-Negotiable

To The Order Of:  James Maseth
512 silver hollow dr
Baden, PA 15005

**Michelle Maseth**
512 Silver Hollow Drive
Baden, PA 15005

**WLO LLC**
420 Dippold Avenue
Baden, PA 15005
(412) 327-3781
PA EIN: 2009 3125

**Pay Period**
11/18/2019 - 11/30/2019
**Pay Type**   **Pay Date**
Hourly          11/30/2019

## HOURS

### EARNINGS

| Description | Hours | Rate | Pay Period | YTD |
|---|---|---|---|---|
| Regular | 42.75 | $12.75 | $545.06 | $8,884.08 |
| Totals | 42.75 | | $545.06 | $8,884.08 |

### EMPLOYEE TAXES

| Description | Amount Pay Period | YTD |
|---|---|---|
| Social Security | $33.79 | $550 |
| Medicare | $7.90 | $128 |
| Pennsylvania State Tax | $16.73 | $272 |
| Pennsylvania SUI | $0.33 | $5 |
| Baden, Borough of - LST - Ambridge Area S D | $2.17 | $32 |
| Economy, Borough of - EIT - Ambridge Area S D | $5.45 | $88. |
| Totals | $66.37 | $1,079. |

## DEDUCTIONS

| Description | Pay Period | YTD |
|---|---|---|
| No deductions | - | - |
| Totals | $0.00 | $0.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Pay Period | YT |
|---|---|---|
| No Contributions | - | - |
| Totals | $0.00 | $0.0 |

## CHECK TOTALS

| Description | Pay Period | YTD |
|---|---|---|
| Gross Pay | $545.06 | $8,884.08 |
| Total Deductions | $0.00 | $0.00 |
| Total Employee Taxes | $66.37 | $1,079.08 |
| Total Net Pay | $478.69 | $7,805.00 |

### DIRECT DEPOSIT / CHECK DETAILS

| Description | Pay Period | YT |
|---|---|---|
| Total Net Pay | $478.69 | $7,805.0 |

**Michelle Maseth**
512 Silver Hollow Drive
Baden, PA 15005

**WLO LLC**
420 Dippold Avenue
Baden, PA 15005
(412) 327-3781
PA EIN: 2009 3125

**Pay Period**
12/1/2019 - 12/15/2019
**Pay Type**   **Pay Date**
Hourly        12/15/2019

| HOURS | | | EARNINGS | | EMPLOYEE TAXES | AMOUNT | |
|---|---|---|---|---|---|---|---|
| **Description** | **Hours** | **Rate** | **Pay Period** | **YTD** | **Description** | **Pay Period** | **YTD** |
| Regular | 45.75 | $12.75 | $583.31 | $9,467.39 | Social Security | $36.17 | $586.98 |
| **Totals** | **45.75** | | **$583.31** | **$9,467.39** | Medicare | $8.46 | $137.28 |
| | | | | | Pennsylvania State Tax | $17.91 | $290.64 |
| | | | | | Pennsylvania SUI | $0.35 | $5.69 |
| | | | | | Baden, Borough of - LST - Ambridge Area S D | $2.17 | $34.72 |
| | | | | | Economy, Borough of - EIT - Ambridge Area S D | $5.83 | $94.66 |
| | | | | | **Totals** | **$70.89** | **$1,149.97** |

| DEDUCTIONS | AMOUNT | | EMPLOYER CONTRIBUTIONS | AMOUNT | |
|---|---|---|---|---|---|
| **Description** | **Pay Period** | **YTD** | **Description** | **Pay Period** | **YTD** |
| No deductions | - | - | No Contributions | - | - |
| **Totals** | **$0.00** | **$0.00** | **Totals** | **$0.00** | **$0.00** |

| CHECK TOTALS | AMOUNT | | DIRECT DEPOSIT / CHECK DETAILS | AMOUNT | |
|---|---|---|---|---|---|
| **Description** | **Pay Period** | **YTD** | **Description** | **Pay Period** | **YTD** |
| Gross Pay | $583.31 | $9,467.39 | **Total Net Pay** | **$512.42** | **$8,317.42** |
| Total Deductions | $0.00 | $0.00 | | | |
| Total Employee Taxes | $70.89 | $1,149.97 | | | |
| **Total Net Pay** | **$512.42** | **$8,317.42** | | | |

**Michelle Maseth**
512 Silver Hollow Drive
Baden, PA 15005

**WLO LLC**
420 Dippold Avenue
Baden, PA 15005
(412) 327-3781
PA EIN: 2009 3125

**Pay Period**
12/16/2019 - 12/31/2019
**Pay Type**  **Pay Date**
Hourly    12/20/2019

| HOURS | | | EARNINGS | | EMPLOYEE TAXES | AMOUNT | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Pay Period | YTD | Description | Pay Period | YTD |
| Regular | 26.50 | $12.75 | $337.88 | $9,805.27 | Social Security | $24.05 | $611.03 |
| Bonus | | | $50.00 | $50.00 | Medicare | $5.62 | $142.90 |
| **Totals** | **26.50** | | **$387.88** | **$9,855.27** | Pennsylvania State Tax | $11.91 | $302.55 |
| | | | | | Pennsylvania SUI | $0.23 | $5.92 |
| | | | | | Baden, Borough of - LST - Ambridge Area S D | $2.17 | $36.89 |
| | | | | | Economy, Borough of - EIT - Ambridge Area S D | $3.88 | $98.54 |
| | | | | | **Totals** | **$47.86** | **$1,197.83** |

| DEDUCTIONS | AMOUNT | | EMPLOYER CONTRIBUTIONS | AMOUNT | |
|---|---|---|---|---|---|
| Description | Pay Period | YTD | Description | Pay Period | YTD |
| No deductions | - | - | No Contributions | - | - |
| **Totals** | **$0.00** | **$0.00** | **Totals** | **$0.00** | **$0.00** |

| CHECK TOTALS | AMOUNT | | DIRECT DEPOSIT / CHECK DETAILS | AMOUNT | |
|---|---|---|---|---|---|
| Description | Pay Period | YTD | Description | Pay Period | YTD |
| Gross Pay | $387.88 | $9,855.27 | **Total Net Pay** | **$340.02** | **$8,657.44** |
| Total Deductions | $0.00 | $0.00 | | | |
| Total Employee Taxes | $47.86 | $1,197.83 | | | |
| **Total Net Pay** | **$340.02** | **$8,657.44** | | | |

**Michelle Maseth**
512 Silver Hollow Drive
Baden, PA 15005

**WLO LLC**
420 Dippold Avenue
Baden, PA 15005
(412) 327-3781
PA EIN: 2009 3125

**Pay Period**
1/1/2020 - 1/15/2020
**Pay Type**    **Pay Date**
Hourly    1/15/2020

### HOURS / EARNINGS

| Description | Hours | Rate | Pay Period | YTD |
|---|---|---|---|---|
| Regular | 45.75 | $12.75 | $583.31 | $583.31 |
| **Totals** | **45.75** | | **$583.31** | **$583.31** |

### EMPLOYEE TAXES

| Description | Pay Period | YTD |
|---|---|---|
| Social Security | $36.17 | $36.17 |
| Medicare | $8.46 | $8.46 |
| Pennsylvania State Tax | $17.91 | $17.91 |
| Pennsylvania SUI | $0.35 | $0.35 |
| Baden, Borough of - LST - Ambridge Area S D | $2.17 | $2.17 |
| Economy, Borough of - EIT - Ambridge Area S D | $5.83 | $5.83 |
| **Totals** | **$70.89** | **$70.89** |

### DEDUCTIONS

| Description | Pay Period | YTD |
|---|---|---|
| No deductions | - | - |
| **Totals** | **$0.00** | **$0.00** |

### EMPLOYER CONTRIBUTIONS

| Description | Pay Period | YTD |
|---|---|---|
| No Contributions | - | - |
| **Totals** | **$0.00** | **$0.00** |

### CHECK TOTALS

| Description | Pay Period | YTD |
|---|---|---|
| Gross Pay | $583.31 | $583.31 |
| Total Deductions | $0.00 | $0.00 |
| Total Employee Taxes | $70.89 | $70.89 |
| **Total Net Pay** | **$512.42** | **$512.42** |

### DIRECT DEPOSIT / CHECK DETAILS

| Description | Pay Period | YTD |
|---|---|---|
| Total Net Pay | $512.42 | $512.42 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-20230-CMB |
| | : | |
| James L Maseth and | : | CHAPTER 13 |
| Michelle E Maseth, | : | |
| Debtors | : | |
| | : | |
| James L Maseth, | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **James L Maseth**, hereby state as follows:

1.) I am employed at Ambridge Area School District where I bring home an average of $1,253.66 per month.
2.) I have also received Unemployment Compensation in the past sixty (60) days in the amount of $1,387.50.
3.) I also receive food stamps in the amount of $700.00 per month.
4.) I was required to file 2017 - 2018 tax returns; therefore I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: February 13, 2020            /s/ James L Maseth
                                   Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CASE NO. 20-20230-CMB |
|---|---|---|
| | : | |
| James L Maseth and | : | CHAPTER 13 |
| Michelle E Maseth, | : | |
| Debtors | : | |
| | : | |
| Michelle E Maseth, | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Michelle E Maseth**, hereby state as follows:

1.) I am employed at WLO LLC where I bring home an average of $921.77 per month.
2.) I run a baking business where I gross approximately $132.75 per month.
3.) I was required to file 2017 - 2018 tax returns; therefore I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: February 13, 2020            /s/ Michelle E Maseth
                                    Joint Debtor