**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20230−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| James L Maseth | Michelle E Maseth |
| 512 Silver Hollow Drive | 512 Silver Hollow Drive |
| Baden, PA 15005 | Baden, PA 15005 |

Social Security No.:
xxx−xx−6939                                                              xxx−xx−6194

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster | Ronda J. Winnecour |
| Foster Law Offices | Suite 3250, USX Tower |
| PO Box 966 | 600 Grant Street |
| Meadville, PA 16335 | Pittsburgh, PA 15219 |
| Telephone number: 814.724.1165 | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| April 13, 2020 | April 13, 2020 |
| 01:00 PM | 01:00 PM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/18/20                                                              BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20230-CMB
James L Maseth                                                            Chapter 13
Michelle E Maseth
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro              Page 1 of 2          Date Rcvd: Mar 18, 2020
                              Form ID: rsc13          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db           +James L Maseth,    512 Silver Hollow Drive,    Baden, PA 15005-2354
jdb          +Michelle E Maseth,    512 Silver Hollow Drive,    Baden, PA 15005-2354
15187043    ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
               JOHNSTON RI 02919-1922
             (address filed with court:   Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915)
15187042     +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15187049     +JPMorgan Chase Bank Card,    Po Box 15298,    Wilmington, DE 19850-5298
15208213     +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
15196005      Nelnet on behalf of Trellis Company,    Trellis Company,    P.O Box 83100,
               Round Rock TX 78683-3100
15187052     +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
15214910      UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
15187056     +Zwicker & Associates PC,    3220 Tillman Drive,    Suite 215,    Bensalem, PA 19020-2028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:47:05     Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA   17128-0946
cr           +E-mail/Text: kburkley@bernsteinlaw.com Mar 19 2020 04:48:31     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:41:22
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15187040     +E-mail/Text: backoffice@affirm.com Mar 19 2020 04:48:49     Affirm Inc,    650 California Street,
               Floor 12,    San Francisco, CA 94108-2716
15187043      E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 19 2020 04:45:59     Citizens Bank,
               1 Citizens Drive,    Riverside, RI 02915
15194234      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:41:15
               Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC   28272-1083
15187041     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:42:11
               Capital One Bank Usa NA,    Po Box 30281,    Salt Lake City, UT 84130-0281
15187044     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 19 2020 04:46:30     Comenity Bank / Avenue,
               Po Box 182789,    Columbus, OH 43218-2789
15187045      E-mail/Text: mrdiscen@discover.com Mar 19 2020 04:45:59     Discover Financial Services LLC,
               PO Box 15316,    Wilmington, DE 19850
15190283      E-mail/Text: mrdiscen@discover.com Mar 19 2020 04:45:59     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
15187047      E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 19 2020 04:46:17     Internal Revenue Service,
               Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
15204593      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:43:45     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15187050     +E-mail/Text: electronicbkydocs@nelnet.net Mar 19 2020 04:47:42     Nelnet Loans,    Po Box 82561,
               Lincoln, NE 68501-2561
15194113      E-mail/PDF: cbp@onemainfinancial.com Mar 19 2020 04:41:05     ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
15187051     +E-mail/PDF: cbp@onemainfinancial.com Mar 19 2020 04:41:05     Onemain Financial,    Po Box 1010,
               Evansville, IN 47706-1010
15200962      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:47:05
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA   17128-0946
15187053     +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:43:11     Syncb / Amazon,    Po Box 965015,
               Orlando, FL 32896-5015
15187054     +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:43:13     Syncb / PayPal Credit,
               Po Box 965005,    Orlando, FL 32896-5005
15187412     +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:43:10     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15187055     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 19 2020 04:45:44
               Verizon,    500 Technology Drive,    Suite 550,    Saint Charles, MO 63304-2225
                                                                                              TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Mortgage, A Division of PNC Bank, National Ass
15187046*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
15187048*      +Internal Revenue Service,    William Moor-Head Building,    1000 Liberty Avenue,    Room 806,
                Pittsburgh, PA 15222-4027
                                                                                      TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2          User: agro              Page 2 of 2            Date Rcvd: Mar 18, 2020
                              Form ID: rsc13          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:

```
          Daniel P. Foster    on behalf of Joint Debtor Michelle E Maseth dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor James L Maseth dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt     on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
           Association bkgroup@kmllawgroup.com
          Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```