**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 20-20230-CMB |
| | : | |
| **James L Maseth and** | : | CHAPTER 13 |
| **Michelle E Maseth,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO: 35 & 36 |
| **James L Maseth and** | : | |
| **Michelle E Maseth,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Kathryn Schwartz, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan, Notice of Proposed Modification and Order** on the parties listed below by First Class Pre-paid United States mail.

Date Served: September 3, 2020

Respectfully submitted,
/s/ Kathryn Schwartz
Kathryn Schwartz
Head Paralegal
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

```
Label Matrix for local noticing          Duquesne Light Company                   PRA Receivables Management, LLC
0315-2                                   c/o Bernstein-Burkley, P.C.              PO Box 41021
Case 20-20230-CMB                        707 Grant Street, Suite 2200, Gulf Tower Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15219-1945
Pittsburgh
Thu Sep  3 15:55:25 EDT 2020

Pennsylvania Department of Revenue       Pennsylvania Dept. of Revenue            2
Bankruptcy Division                      Department 280946                        U.S. Bankruptcy Court
P.O. Box 280946                          P.O. Box 280946                          5414 U.S. Steel Tower
Harrisburg, PA 17128-0946                ATTN: BANKRUPTCY DIVISION                600 Grant Street
                                         Harrisburg, PA 17128-0946                Pittsburgh, PA 15219-2703

Affirm Inc                               Ashley Funding Services, LLC             Capital One Bank (USA), N.A.
650 California Street                    Resurgent Capital Services               by American InfoSource as agent
Floor 12                                 PO Box 10587                             PO Box 71083
San Francisco, CA 94108-2716             Greenville, SC 29603-0587                Charlotte, NC  28272-1083

Capital One Bank Usa NA                  Citicards Cbna                           (p)CITIZENS BANK N A
Po Box 30281                             Po Box 6217                              ATTN BANKRUPTCY TEAM
Salt Lake City, UT 84130-0281            Sioux Falls, SD 57117-6217               ONE CITIZENS BANK WAY
                                                                                  JCA115
                                                                                  JOHNSTON RI 02919-1922

Comenity Bank / Avenue                   Discover Bank                            (p)DISCOVER FINANCIAL SERVICES LLC
Po Box 182789                            Discover Products Inc                    PO BOX 3025
Columbus, OH 43218-2789                  PO Box 3025                              NEW ALBANY OH 43054-3025
                                         New Albany, OH  43054-3025

Internal Revenue Service                 Internal Revenue Service                 Internal Revenue Service
Insolvency Unit                          PO Box 7346                              William Moor-Head Building
PO Box 628                               Philadelphia, PA 19101-7346              1000 Liberty Avenue
Pittsburgh, PA 15230                                                              Room 806
                                                                                  Pittsburgh, PA 15222-4027

(p)JPMORGAN CHASE BANK  N A              JPMorgan Chase Bank, N.A.                LVNV Funding, LLC
BANKRUPTCY MAIL INTAKE TEAM              s/b/m/t Chase Bank USA, N.A.             Resurgent Capital Services
700 KANSAS LANE FLOOR 01                 c/o Robertson, Anschutz & Schneid, P.L.  PO Box 10587
MONROE LA 71203-4774                     6409 Congress Avenue, Suite 100          Greenville, SC 29603-0587
                                         Boca Raton, FL 33487-2853

Nelnet Loans                             Nelnet on behalf of Trellis Company      ONEMAIN
Po Box 82561                             Trellis Company                          P.O. BOX 3251
Lincoln, NE 68501-2561                   P.O Box 83100                            EVANSVILLE, IN 47731-3251
                                         Round Rock TX 78683-3100

Office of the United States Trustee      Onemain Financial                        PNC Bank, N.A.
Liberty Center.                          Po Box 1010                              P.O. Box 94982
1001 Liberty Avenue, Suite 970           Evansville, IN 47706-1010                Cleveland, OH 44101-4982
Pittsburgh, PA 15222-3721

Pnc Mortgage                             Syncb / Amazon                           Syncb / PayPal Credit
Po Box 8703                              Po Box 965015                            Po Box 965005
Dayton, OH 45401-8703                    Orlando, FL 32896-5015                   Orlando, FL 32896-5005
```

| | | |
|---|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | UPMC Health Services<br>PO Box 1123<br>Minneapolis MN 55440-1123 |
| Verizon<br>500 Technology Drive<br>Suite 550<br>Saint Charles, MO 63304-2225 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Zwicker & Associates PC<br>3220 Tillman Drive<br>Suite 215<br>Bensalem, PA 19020-2028 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | James L Maseth<br>512 Silver Hollow Drive<br>Baden, PA 15005-2354 | Michelle E Maseth<br>512 Silver Hollow Drive<br>Baden, PA 15005-2354 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citizens Bank<br>1 Citizens Drive<br>Riverside, RI 02915 | Discover Financial Services LLC<br>PO Box 15316<br>Wilmington, DE 19850 | JPMorgan Chase Bank Card<br>Po Box 15298<br>Wilmington, DE 19850 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC Mortgage, A Division of PNC Bank, Nati | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 |

End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42