**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 20-20230-CMB |
| | : | |
| James L Maseth and | : | Chapter 13 |
| Michelle E Maseth, | : | |
|     Debtors, | : | |
| _____ | : | Docket No: _____ |
| James L Maseth and | : | |
| Michelle E Maseth, | : | |
|     Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |

**CONSENT ORDER OF COURT AUTHORIZING DEBTOR(S) PARTICIPATION IN PENNSYLVANIA HOMEOWNER ASSISTANCE PROGRAM**

    Whereas James L. Maseth AND Michelle E. Maseth ("Debtor(s)") wish to apply for assistance under the Pennsylvania Homeowner Assistance Program with respect to the Property at 512 Silver Hollow Drive, Baden, PA 15005.;

    Whereas, the program requires the approval of the Trustee or Bankruptcy Court;

    Whereas the Trustee consents to the Debtor(s) participation but believes it in the best interest of all parties to formalize the consent by Order of Court;

    AND NOW therefore upon the consent of the Debtor(s) and Trustee it is hereby ORDERED:

(1)    The Debtor is expressly authorized to participate in the PAHAF program. Trustee acknowledges that to the extent relief is granted funds will be distributed directly to the mortgage lender/servicer, contract for deed holder, county treasurer, local taxing authority, hazard insurance company, homeowners' / condominium association, or other payee by the PAHAF and/or its authorized agents on behalf of the applicant.

(2)     In the event there are any funds distributed as result of the Debtor(s) participation, Debtor(s) shall file a report with the Court that expressly lists the amounts distributed and to whom and shall, to the extent the distributions affect claims to have been paid under the Plan file an amended plan or a stipulated order modifying the plan to account for the distributions.

(3)     The Trustee or an attorney for the Trustee on her behalf is authorized to sign the PAHAF application form to the extent that an actual signature is required in addition to this Order.

So ORDERED, this _____ day of _____, 2022:

_____
U.S. Bankruptcy Judge

Consented to:

/s/Daniel P. Foster
Daniel P. Foster, Esq.
1210 Park Avenue
Meadville, PA 16334
(814) 724-1165
dan@mrdebtbuster.com
**Attorney for Debtors**

/s/ Kate DeSimone
Kate DeSimone, Esq.
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
inquiries@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**