**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 20-20230-CMB |
| James L Maseth AND | : | Chapter 13 |
| Michelle E Maseth, | : | |
|     Debtors, | : | |
| _____ | : | Related to Docket No. 59 |
| James L Maseth AND | : | |
| Michelle E Maseth, | : | |
|     Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |

**REPORT**

**1.)** On September 22, 2022, a Consent Order of Court Authorizing Debtor(s) Participation in Pennsylvania Homeowner Assistance Program was entered at Docket Number 59.

**2.)** Pennsylvania Homeowner Assistance Program has offered, and the Debtor has accepted an award of two-thousand two hundred and sixty-two dollars and sixty-three cents ($2,262.63). According to the terms and conditions set forth in the agreement (attached hereto as Exhibit A), the funds will be applied to the mortgage for the purposes of mortgage reinstatement.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: <u>October 19, 2022</u> | <u>/s/ Daniel P. Foster, Esquire</u> |
|  | Daniel P. Foster |
|  | PA I.D. # 92376 |
|  | Foster Law Offices, LLC |
|  | 1210 Park Avenue |
|  | Meadville, PA 16335 |
|  | Tel: (814) 724-1165 |
|  | Fax: (814) 724-1158 |