IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| James L. Maseth and Michelle E. Masth | : | Bankruptcy No. 20-20230-CMB |
| | : | |
| Debtors, | : | Chapter 13 |
| | : | |
| The Beaver County Tax Claim Bureau | : | Document No. _____ |
| | : | |
| Movant, | : | Related to Claim No. 20 |
| | : | |
| v. | : | |
| | : | |
| Daniel P. Foster, Esq. and | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondents. | : | |

**WITHDRAWAL OF PROOF OF CLAIM NO.  20**

Please withdraw the following claim:

Claim No.:   20

Date filed: April 26, 2023

Amount of Claim: $15,531.54

Reason:  The majority of the outstanding taxes were paid subsequent to the filing of the Proof-of-Claim via a governmental grant Debtors received, said funds having been paid directly to the Beaver County Tax Claim Bureau ("TCB").   Creditor TCB intends to file a new Proof-of-Claim for the remaining delinquent taxes: 2022 school real estate taxes.  Creditor TCB and Debtor's counsel Daniel P. Foster will file a joint Stipulated Order Modifying Plan, said order to be approved by the Chapter 13 Trustee, to remove the satisfied delinquent real estate taxes and to reflect the new amount of delinquent real estate taxes to be paid through the Chapter 13 Plan.

/s/ J. Philip Colavincenzo
J. Philip Colavincenzo
255 College Avenue
Beaver, PA 15009
(724) 775-8550
PA I.D. 17270
jp.cola@verizon.net