**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| James L Maseth and, | : | Bankruptcy No: 20-20230-CMB |
| Michelle E Maseth, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 75 |
| | : | |
| Duquesne Light Company | : | |
| c/o Bernstein-Burkley, P.C., | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**       **Duquesne Light Company c/o Bernstein-Burkley, P.C.**
**Incorrect Address:**   **707 Grant Street, Suite 2200, Gulf Tower Pittsburgh, PA 15219-1945**
**Correct Address:**     **PO Box 371324 Pittsburgh, PA 15250-7324**

Respectfully Submitted,

Date:  October 18, 2023

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors