IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 20-20230-CMB |
| James L. Maseth AND | : | CHAPTER 13 |
| Michelle E. Maseth, | : | |
| Debtors. | : | |
| | : | RELATED TO DOCKET NO.: 76 |
| Foster Law Offices, LLC, | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| No Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON
APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR,
FOR INTERIM COMPENSATION**

**TO THE RESPONDENTS:**

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than February 4, 2024 *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage at https://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A hearing will be held on February 27, 2024 at 1:30 P.M. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: <u>January 18, 2024</u>

                                                       Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Application of Foster Law Offices, LLC, Counsel to the Debtor, for Interim Compensation and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **January 18, 2024**            *By: /s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

*Parties served by the court electronically were not served by regular mail

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 20-20230-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Jan 18 13:46:15 EST 2024 | Beaver County Tax Claim Bureau<br>Beaver County Courthouse<br>810 Third Street<br>Beaver, PA 15009-2100 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Affirm Inc<br>650 California Street<br>Floor 12<br>San Francisco, CA 94108-2716 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Bank Usa NA<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Citicards Cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |
| Comenity Bank / Avenue<br>Po Box 182789<br>Columbus, OH 43218-2789 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Duquesne Light Company<br>PO Box 371324<br>Pittsburgh, PA 15250-7324 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>William Moor-Head Building<br>1000 Liberty Avenue<br>Room 806<br>Pittsburgh, PA 15222-4027 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Nelnet Loans<br>Po Box 82561<br>Lincoln, NE 68501-2561 | (p)TEXAS GUARANTEED STUDENT LOAN CORPORATION<br>PO BOX 83100<br>ROUND ROCK TX 78683-3100 |
| ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | Onemain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

Syncb / Amazon
Po Box 965015
Orlando, FL 32896-5015

Syncb / PayPal Credit
Po Box 965005
Orlando, FL 32896-5005

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021


Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

UPMC Health Services
PO Box 1123
Minneapolis MN 55440-1123

Verizon
500 Technology Drive
Suite 550
Saint Charles, MO 63304-2225


Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

Zwicker & Associates PC
3220 Tillman Drive
Suite 215
Bensalem, PA 19020-2028

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110


James L Maseth
512 Silver Hollow Drive
Baden, PA 15005-2354

Michelle E Maseth
512 Silver Hollow Drive
Baden, PA 15005-2354

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Citizens Bank
1 Citizens Drive
Riverside, RI 02915

Discover Financial Services LLC
PO Box 15316
Wilmington, DE 19850

JPMorgan Chase Bank Card
Po Box 15298
Wilmington, DE 19850


Nelnet on behalf of Trellis Company
Trellis Company
P.O Box 83100
Round Rock TX 78683-3100

PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101

(d)Pnc Mortgage
Po Box 8703
Dayton, OH 45401


Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PNC Mortgage, A Division of PNC Bank, Nati

(d)Beaver County Tax Claim Bureau
Beaver County Courthouse
810 Third Street
Beaver, PA 15009-2100

End of Label Matrix
Mailable recipients    41
Bypassed recipients     2
Total                  43