**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 20-20230-CMB** |
| **James L. Maseth AND** | : | **CHAPTER 13** |
| **Michelle E. Maseth,** | : | |
| Debtors. | : | |
| | : | **RELATED TO DOCKET NO.: 76** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **Application of Foster Law Offices, LLC as counsel for the Debtor, for Interim Compensation**, filed on January 18, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than February 4, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>February 5, 2024</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

       I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: February 5, 2024

*By: /s/ Marci Shetler*
Marci Shetler, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing          Beaver County Tax Claim Bureau          Duquesne Light Company
0315-2                                   Beaver County Courthouse                c/o Bernstein-Burkley, P.C.
Case 20-20230-CMB                        810 Third Street                        707 Grant Street, Suite 2200, Gulf Tower
WESTERN DISTRICT OF PENNSYLVANIA         Beaver, PA 15009-2100                   Pittsburgh, PA 15219-1945
Pittsburgh
Thu Jan 18 13:46:15 EST 2024

PRA  Receivables Management LLC          PRA Receivables Management, LLC         2
POB 41067                                PO Box 41021                            U.S. Bankruptcy Court
Norfolk, VA 23541-1067                   Norfolk, VA 23541-1021                  5414 U.S. Steel Tower
                                                                                 600 Grant Street
                                                                                 Pittsburgh, PA 15219-2703

Affirm Inc                               Ashley Funding Services, LLC            Capital One Bank (USA), N.A.
650 California Street                    Resurgent Capital Services              by American InfoSource as agent
Floor 12                                 PO Box 10587                            PO Box 71083
San Francisco, CA 94108-2716             Greenville, SC 29603-0587               Charlotte, NC  28272-1083


Capital One Bank Usa NA                  Citicards Cbna                          (p)CITIZENS BANK N A
Po Box 30281                             Po Box 6217                             ATTN BANKRUPTCY TEAM
Salt Lake City, UT 84130-0281            Sioux Falls, SD 57117-6217              ONE CITIZENS BANK WAY
                                                                                 JCA115
                                                                                 JOHNSTON RI 02919-1922

Comenity Bank / Avenue                   Discover Bank                           (p)DISCOVER FINANCIAL SERVICES LLC
Po Box 182789                            Discover Products Inc                   PO BOX 3025
Columbus, OH 43218-2789                  PO Box 3025                             NEW ALBANY OH 43054-3025
                                         New Albany, OH  43054-3025

Duquesne Light Company                   Internal Revenue Service                Internal Revenue Service
PO Box 371324                            Insolvency Unit                         PO Box 7346
Pittsburgh, PA 15250-7324                PO Box 628                              Philadelphia, PA 19101-7346
                                         Pittsburgh, PA 15230


Internal Revenue Service                 (p)JPMORGAN CHASE BANK  N A             JPMorgan Chase Bank, N.A.
William Moor-Head Building               BANKRUPTCY MAIL INTAKE TEAM             s/b/m/t Chase Bank USA, N.A.
1000 Liberty Avenue                      700 KANSAS LANE FLOOR 01                c/o Robertson, Anschutz & Schneid, P.L.
Room 806                                 MONROE LA 71203-4774                    6409 Congress Avenue, Suite 100
Pittsburgh, PA 15222-4027                                                        Boca Raton, FL 33487-2853

LVNV Funding, LLC                        Nelnet Loans                            (p)TEXAS GUARANTEED STUDENT LOAN CORPORATION
Resurgent Capital Services               Po Box 82561                            PO BOX 83100
PO Box 10587                             Lincoln, NE 68501-2561                  ROUND ROCK TX 78683-3100
Greenville, SC 29603-0587


ONEMAIN                                  Office of the United States Trustee     Onemain Financial
P.O. BOX 3251                            1000 Liberty Avenue                     Po Box 1010
EVANSVILLE, IN 47731-3251                Suite 1316                              Evansville, IN 47706-1010
                                         Pittsburgh, PA 15222-4013


(p)PNC BANK RETAIL LENDING               Pennsylvania Department of Revenue      (p)PORTFOLIO RECOVERY ASSOCIATES LLC
P O BOX 94982                            Bankruptcy Division PO Box 280946       PO BOX 41067
CLEVELAND OH 44101-4982                  Harrisburg, PA  17128-0946              NORFOLK VA 23541-1067
```

| | | |
|---|---|---|
| Syncb / Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Syncb / PayPal Credit<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | UPMC Health Services<br>PO Box 1123<br>Minneapolis MN 55440-1123 | Verizon<br>500 Technology Drive<br>Suite 550<br>Saint Charles, MO 63304-2225 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Zwicker & Associates PC<br>3220 Tillman Drive<br>Suite 215<br>Bensalem, PA 19020-2028 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 |
| James L Maseth<br>512 Silver Hollow Drive<br>Baden, PA 15005-2354 | Michelle E Maseth<br>512 Silver Hollow Drive<br>Baden, PA 15005-2354 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citizens Bank<br>1 Citizens Drive<br>Riverside, RI 02915 | Discover Financial Services LLC<br>PO Box 15316<br>Wilmington, DE 19850 | JPMorgan Chase Bank Card<br>Po Box 15298<br>Wilmington, DE 19850 |
| Nelnet on behalf of Trellis Company<br>Trellis Company<br>P.O Box 83100<br>Round Rock TX 78683-3100 | PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101 | (d)Pnc Mortgage<br>Po Box 8703<br>Dayton, OH 45401 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC Mortgage, A Division of PNC Bank, Nati | (d)Beaver County Tax Claim Bureau<br>Beaver County Courthouse<br>810 Third Street<br>Beaver, PA 15009-2100 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients    2<br>Total    43 |