**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 20-20230-CMB |
| James L Maseth and | : | |
| Michelle E Maseth, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 82 |
| | : | |
| Internal Revenue Service, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**     **Internal Revenue Service**
**Incorrect Address:** **Insolvency Unit, PO Box 628 Pittsburgh, PA 15230**
**Correct Address:**   **1000 Liberty Avenue, Room 711B Pittsburgh, PA 15222**

Respectfully Submitted,

Date: February 12, 2024

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors