**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/17/2024

IN RE:

| | |
|---|---|
| JAMES L MASETH<br>MICHELLE E MASETH<br>512 SILVER HOLLOW DRIVE<br>BADEN, PA 15005<br>XXX-XX-6939          Debtor(s)<br><br>XXX-XX-6194 | Case No.20-20230 CMB<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/17/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Description |
|---|---|---|
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  AMAZON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 7881 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PNC MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ONE MAIN FINANCIAL GROUP LLC(\*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:4   INT %: 4.25%<br>Court Claim Number:3-2<br>CLAIM:  5,306.74<br>COMMENT:  SURR/PL\*$11,825.00/PL@4.25%/PL\*W/24\*AMD = $0 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 7033 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:19-4<br>CLAIM:  0.00<br>COMMENT:  PMT/CL-PL\*754.21x(60+2)=LMT\*BGN 2/20\*AMD | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0817 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:9-2<br>CLAIM:  0.00<br>COMMENT:  CL9-1GOV@$6,759.60\*6194\*NO YRS/SCH\*6000/PL\*AMD CL=$0 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 6939 |
| **AFFIRM**<br>650 CALIFORNIA ST<br>SAN FRANCISCO, CA  94108 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **AFFIRM**<br>650 CALIFORNIA ST<br>SAN FRANCISCO, CA  94108 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1I3M |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:4<br>CLAIM:  3,600.06<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4773 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  601.83<br>COMMENT:  NO PMTS\*ACCT OPEN 9/4/19 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3850 |

| Creditor | Trustee/Court Claim | Creditor Info |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 11,314.84<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5705 |
| **CITIZENS BANK**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1333 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 6,725.01<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6179 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 5,506.50<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0006 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 4,383.79<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0449 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 2,931.16<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5986 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 2,259.94<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8104 |
| **NELNET O/B/O TGSLC D/B/A TRELLIS CO**<br>C/O TGSLC D/B/A TRELLIS CO<br>PO BOX 659602<br>SAN ANTONIO, TX 78265-9602 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 3,387.74<br>COMMENT: X5099/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6194 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 802.55<br>COMMENT: PAYPAL*NO PMTS*CHARGE OFF 1/26/20*FR SYNCHRONY-DOC 62 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3407 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 421.75<br>COMMENT: PAYPAL*NO PMTS*CHARGE OFF 1/26/20*FR SYNCHRONY-DOC 51 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6457 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **VERIZON**<br>140 WEST ST<br>NEW YORK, NY 10007 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLM@CID 21*NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **ZWICKER AND ASSOCIATES PC**<br>80 MINUTEMAN RD<br>ANDOVER, MD 01810 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 13,896.77<br>COMMENT: NO GEN UNS/SCH~SURR/PL*AMD CL~ND BRKDOWN*W/4*DK! | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7033 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 121.87<br>COMMENT: 84783844*NT/SCH*2018-19 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3844 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 677.88<br>COMMENT: $CL-PL*18-19 | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3844 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 9-2<br>CLAIM: 0.00<br>COMMENT: 6194; 6939*CL9-1GOV@$945*NO GEN UNS/SCH*AMD CL=$0 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6194 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 100.28<br>COMMENT: NT/SCH*PASSAVANT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6939 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 1,759.87<br>COMMENT: SCH@CID 21 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **ASHLEY FUNDING SVCS LLC**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 51.00<br>COMMENT: NT/SCH*MEDICAL*LAB CORP OF AMERICA | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4180 |

CLAIM RECORDS
Case 20-20230-CMB    Doc 88    Filed 10/17/24    Entered 10/17/24 13:07:13    Desc
Page 6 of 6

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(*)** <br> ATTN. LITIGATION COUNSEL <br> 411 SEVENTH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number:31  INT %: 0.00% <br> Court Claim Number:18 <br><br> CLAIM: 723.65 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5817 |
| **PNC BANK NA** <br> PO BOX 94982 <br><br> CLEVELAND, OH 44101 | Trustee Claim Number:32  INT %: 0.00% <br> Court Claim Number:19-4 <br><br> CLAIM: 0.00 <br> COMMENT: 1734.68/PL@PNC MTG*THRU 1/20*PD THRU PA HAF*AMD CL=$0 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 0817 |
| **J PHILIP COLAVINCENZO ESQ** <br> 255 COLLEGE AVE <br><br> BEAVER, PA 15009 | Trustee Claim Number:33  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: BEAVER COUNTY TAX CLM BUREAU/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **BEAVER COUNTY TAX CLAIM BUREAU**** <br> BEAVER COUNTY COURTHOUSE <br> 810 3RD ST <br> BEAVER, PA 15009-2194 | Trustee Claim Number:34  INT %: 0.00% <br> Court Claim Number:20 <br><br> CLAIM: 0.00 <br> COMMENT: 60-042-0277.000*2021-22*CL: $15,531.54 W/DRWN-DOC 67*DK | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 7000 |
| **BEAVER COUNTY TAX CLAIM BUREAU**** <br> BEAVER COUNTY COURTHOUSE <br> 810 3RD ST <br> BEAVER, PA 15009-2194 | Trustee Claim Number:35  INT %: 9.00% <br> Court Claim Number: <br><br> CLAIM: 1,931.46 <br> COMMENT: $@%/CONF~BGN 8/23*1531.54/PL~21-22*2022~AMT/RSP*%BGN 8/23*REDUCED BY | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 0011 |
| **BEAVER COUNTY TAX CLAIM BUREAU**** <br> BEAVER COUNTY COURTHOUSE <br> 810 3RD ST <br> BEAVER, PA 15009-2194 | Trustee Claim Number:36  INT %: 9.00% <br> Court Claim Number:21 <br><br> CLAIM: 3.96 <br> COMMENT: 60-042-0277.000*CL21GOV*BAL OF 2022 TAX YR/POC*WNTS 9% BGN 6/24 | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 7000 |
| **BEAVER COUNTY TAX CLAIM BUREAU**** <br> BEAVER COUNTY COURTHOUSE <br> 810 3RD ST <br> BEAVER, PA 15009-2194 | Trustee Claim Number:37  INT %: 9.00% <br> Court Claim Number:21 <br><br> CLAIM: 1,601.40 <br> COMMENT: 60-042-0277.000*CL21GOV*TAX YR 2023*1605.36/PL*WNTS 9% BGN 6/24 | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 7000 |