Certificate Number: 03088-PAW-DE-039483099

Bankruptcy Case Number: 20-20230



03088-PAW-DE-039483099

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2025, at 8:42 o'clock PM CDT, James L Maseth completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   March 25, 2025

By:   /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor