Certificate Number: 03088-PAW-DE-039483100

Bankruptcy Case Number: 20-20230



03088-PAW-DE-039483100

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2025, at 8:42 o'clock PM CDT, Michelle E Maseth completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  March 25, 2025          By:   /s/Doug Tonne

                               Name: Doug Tonne

                               Title: Counselor