IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAMES L MASETH
MICHELLE E MASETH
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:20-20230

Chapter 13

Related to: Document No. 94

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___14th___ day of ___May___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
5/14/25 8:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_    glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-20230-CMB
James L Maseth  Chapter 13
Michelle E Maseth
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: May 14, 2025      Form ID: pdf900      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James L Maseth, Michelle E Maseth, 512 Silver Hollow Drive, Baden, PA 15005-2354 |
| 15595078 | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | May 15 2025 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:58:30 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:59:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15187040 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 15 2025 00:30:17 | Affirm Inc, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15222368 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:30:22 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15187043 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 15 2025 00:07:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15194234 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:18:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15187041 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:29:13 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15187042 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 00:18:53 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15187044 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2025 00:08:00 | Comenity Bank / Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 15187045 | | Email/Text: mrdiscen@discover.com | May 15 2025 00:07:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15190283 | | Email/Text: mrdiscen@discover.com | May 15 2025 00:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15223776 | ^ | MEBN | May 15 2025 00:05:51 | Duquesne Light Company, PO Box 371324, Pittsburgh, PA 15250-7324 |
| 15187047 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 15 2025 00:08:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 711B, Pittsburgh, PA 15222-4107 |
| 15187049 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 15 2025 00:18:09 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 15208213 | + | Email/Text: RASEBN@raslg.com | May 15 2025 00:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15204593 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:18:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15187050 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 15 2025 00:08:00 | Nelnet Loans, Po Box 82561, Lincoln, NE 68501-2561 |
| 15196005 | | Email/Text: bkyelectnotices@trelliscompany.org | May 15 2025 00:08:00 | Nelnet on behalf of Trellis Company, Trellis Company, P.O Box 83100, Round Rock TX 78683-3100 |
| 15194113 | | Email/PDF: cbp@omf.com | May 15 2025 00:29:32 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15187051 | + | Email/PDF: cbp@omf.com | May 15 2025 00:17:40 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15225271 | | Email/Text: Bankruptcy.Notices@pnc.com | May 15 2025 00:07:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15187052 | | Email/Text: Bankruptcy.Notices@pnc.com | May 15 2025 00:07:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15508964 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:31:13 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15200962 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2025 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15187053 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:31:15 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15187054 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:17:42 | Syncb / PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15221821 | ^ | MEBN | May 15 2025 00:07:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15187412 | ^ | MEBN | May 15 2025 00:07:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15214910 | | Email/Text: BNCnotices@dcmservices.com | May 15 2025 00:08:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15187055 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 15 2025 00:07:00 | Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 15220654 | | Email/PDF: ebn_ais@aisinfo.com | May 15 2025 00:18:22 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15187056 | + | Email/Text: bkfilings@zwickerpc.com | May 15 2025 00:09:00 | Zwicker & Associates PC, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Mortgage, A Division of PNC Bank, National Ass |
| cr | *+ | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |

Case 20-20230-CMB    Doc 106    Filed 05/16/25    Entered 05/17/25 00:32:01    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: pdf900 | Total Noticed: 35 |

| | | | |
|---|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 | |
| 15187046 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 | |
| 15187048 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 | |
| 15551665 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 | |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Michelle E Maseth dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor James L Maseth dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PNC Mortgage  A Division of PNC Bank, National Association dcarlon@kmllawgroup.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@yahoo.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7